## LAND OWNERS ASSOCIATION et al. v. GRAND RAPIDS TRUST COMPANY et al.
### No. 8370.

Circuit Court of Appeals, Sixth Circuit.
Jan. 18, 1940.

Charles S. Abbott, of Ann Arbor, Mich., for appellants.

Norris, McPherson, Harrington & Waer and Travis, Merrick & Johnson, all of Grand Rapids, Mich., for appellees.

Before HICKS and SIMONS, Circuit Judges.

PER CURIAM.

It is ordered that the appeal herein be and the same is dismissed, pursuant to stipulation of counsel.

## Dillard L. LANE v. Robert H. HUDSPETH, Warden, United States Penitentiary, Leavenworth, Kan.
### No. 2032.

Circuit Court of Appeals, Tenth Circuit.
Jan. 2, 1940.

Edward H. Powers, of Kansas City, Kan., for appellant.

Homer Davis, Asst. U. S. Atty., of Topeka, Kan., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on application of appellant.

## John V. LEWIS, Collector of Internal Revenue for the First Collection District of California, Appellant, v. TRANSAMERICA CORPORATION, a Corporation, Appellee.
### No. 9423.

Circuit Court of Appeals, Ninth Circuit.
Jan. 22, 1940.

Frank J. Hennessy, U. S. Atty., and Esther B. Phillips, Asst. U. S. Atty., both of San Francisco, Cal., for appellant.

Claude I. Parker and Bayley Kohlmeier, both of Los Angeles, Cal., for appellee.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties for dismissal of the appeal herein, D.C., 28 F.Supp. 765, and good cause therefor appearing, ordered appeal herein dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.